**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LIGHTER, | No. C 12-5982 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| U.S. GRAND JURIES FOR THE NORTHERN DISTRICT OF CALIFORNIA, | |
| Defendant. | |

This action is dismissed without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 8, 2013

_____
SUSAN ILLSTON
United States District Judge